UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY E. LUBKE,

    Plaintiff,

                                              Case No. 1:15-cv-510

v.

                                              HON. JANET T. NEFF

OXFORD LAW, LLC,

    Defendant.

_____/

## DEFAULT JUDGMENT

In accordance with the Order entered on October 27, 2015 (Dkt 23):

**IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff and against Defendant, awarding Plaintiff actual damages of $12,709.00; statutory damages of $1,000.00; a civil fine against Defendant in the amount of $38,127.00 under MICH. COMP. LAWS § 445.257(2); and attorney fees and costs of $8,512.64.

Dated: October 30, 2015                                     /s/Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge